Irvine *v.* Earle.

MAY 22, 1802.

# John Irvine *v.* John Earle.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Logan county.*

Judgment *de bonis propriis* when it should have been *de bonis testatoris,* is erroneous.

The judgment in this case is erroneous in this, that it is entered against the defendant " *de bonis propriis,*" when it should have been "*de bonis.*" It is considered by the court, that the judgment aforesaid be reversed and set aside; that the cause be remanded to the court from whence it came with directions to enter up a judgment agreeable to this opinion, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.